WALTER BRUCKENSTEIN, Appellant, *v.* MORRIS MARCUS and Others, Individually and as Copartners, etc., Respondents.

*Pleadings — service of new complaint properly ordered on ground that complaint violates Civil Practice Act, § 241 — certain paragraphs, though facts not concisely pleaded, should not have been struck out since they may contain material allegations.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on the 28th day of June, 1926, striking out certain paragraphs of the complaint, and dismissing the complaint, with leave to amend.

PER CURIAM. The Special Term correctly ordered a new complaint to be served because the complaint under scrutiny violates the provisions of section 241 of the Civil Practice Act. It specifically ordered, however, that certain paragraphs of the complaint be stricken out as irrelevant. There are many allegations of fact in these paragraphs which, properly and concisely stated, may be material to what the plaintiff may ultimately determine to be his cause of action. For

that reason the order appealed from should be modified by striking therefrom the paragraph beginning with the words, " Ordered that paragraphs of the complaint marked," and ending with the words, " as irrelevant and unnecessary; and it is further ordered," and as so modified should be affirmed, without costs, with leave to plaintiff to serve an amended complaint within ten days from service of the order to be entered hereon, upon payment of ten dollars costs of motion at Special Term. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Order modified as directed in opinion and as so modified affirmed, without costs, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of ten dollars costs of motion at Special Term.